**UNITED STATES of America,**
**Appellee,**

v.

**Juan GARCIA–BAUTISTA, Appellant.**

No. 09–3484.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 11, 2010.

Filed: June 25, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Juan Garcia–Bautista challenges the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. On appeal, his counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable under the facts of this case.

We review the imposition of sentences under a deferential abuse-of-discretion standard, first ensuring that the district court committed no significant procedural error, and then considering the substantive reasonableness of the sentence. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc). The sentence imposed was at the bottom of the undisputed advisory Guidelines range, *see Rita*

---

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

*v. United States,* 551 U.S. 338, 347–50, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007), and we find no indication that Garcia–Bautista would be able to rebut the resulting presumption of reasonableness, *see United States v. Cadenas,* 445 F.3d 1091, 1094 (8th Cir.2006). Further, after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues for appeal.

Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw, and we deny Garcia–Bautista's pending motion for appointment of counsel.